AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

RICARDO PEREZ, JR.,
   Plaintiff,

V.

CITY OF LOS FRESNOS, TEXAS
JUAN C. SIERRA, SR., GONZALO ACEVEDO,
IDA GARCIA, MIGUEL MENDOZA,
INDIVIDUALY AND IN THEIR OFFICIAL
CAPACITIES, AND JUAN MENDOZA, JR.,
   Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: B-00-161

United States District Court
Southern District of Texas
FILED

OCT 23 2000

Michael N. Milby
Clerk of Court

TO: (Name and Address of Defendant)

IDA GARCIA, INDIVIDUALLY AND
IN HER OFFICIAL CAPACITY
200 N. BRAZIL
LOS FRESNOS, TEXAS 78566
Or wherever she may be found.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ted Rodriguez, Jr.
LAW OFFICE OF ALFRED T. DENHAM
3700 N. 10th, Suite 105
McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

BY DEPUTY CLERK _(signature)_

DATE 10/16/00

ClibPDF - www.fastio.com

AO 440 (Rev 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10-18-00 |
| NAME OF SERVER (PRINT) Hector Cuellar | TITLE Civil Process Agent |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Home 111 S. 7th Los Fresnos TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
OCT 23 2000
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL 8.50 | SERVICES 45.00 | TOTAL 53.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-18-00
           Date

Signature of Server

24122 FM 508 Harlingen, TX 78550
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.