C 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

Southern DISTRICT OF Texas
BROWNSVILLE DIVISION

RICARDO PEREZ, JR.
Plaintiff,

V.

CITY OF LOS FRESNOS, TEXAS,
JUAN C. SIERRA, SR., GONZALO ACEVEDO,
IDA GARCIA, MIGUEL MENDOZA,
INDIVIDUALLY AND IN THEIR OFFICIAL
CAPACITIES, AND JUAN MENDOZA, JR.
Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

B-00-161

United States District Court
Southern District of Texas
FILED

OCT 23 2000

Michael N. Milby
Clerk of Court

TO: (Name and Address of Defendant)

GONZALO ACEVEDO, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY
200 N. BRAZIL
LOS FRESNOS, TEXAS 78566
Or wherever he may be found.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upo

PLAINTIFF'S ATTORNEY (name and address)

Ted Rodriguez, Jr.
LAW OFFICE OF ALFRED T. DENHAM
3700 N. 10th, Suite 105
McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within _____20_____ days after serv e of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be  aken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

BY DEPUTY CLERK

DATE 10/16/00

AO 440 (Rev 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]    DATE 10-18-00

NAME OF SERVER (PRINT) Hector Guillen    TITLE Civil Process Agent

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: HOme 107 E. Resaca, Los Fresnos TX.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

United States District Court
Southern District of Texas
FILED

OCT 23 2000

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 8.50 | 45.00 | 53.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-18-00
              Date

Signature of Server

24122 FM 508 Harlingen TX 78550
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.