/0

United States District Court
Southern District of Texas
FILED

NOV 0 8 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO PEREZ, JR. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. __B-00-161__ |
| | § | |
| CITY OF LOS FRESNOS, TEXAS | § | JURY DEMANDED |
| JUAN C. SIERRA, SR., GONZALO ACEVEDO | § | |
| IDA GARCIA, MIGUEL MENDOZA | § | |
| INDIVIDUALLY AND IN THEIR OFFICIAL | § | |
| CAPACITIES, AND JUAN MENDOZA, JR. | § | |
| Defendants, | | |

## DEFENDANT.'S ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Juan Mendoza, Jr., a Defendant herein, and makes and files this, his Original Answer to Plaintiff's Original Complaint ("Complaint"), and in support thereof, would respectfully show unto the Court the following:

1. Defendant admits paragraph 2 of Plaintiffs' Complaint.

2. Defendant is unable to admit or deny paragraph 3 subsection (1) of Plaintiffs' Complaint. Defendant denies paragraph 3, subsections 2. through 24 of Plaintiff's Complaint.

3. Defendant denies paragraph 4 of Plaintiff's Complaint.

4. Defendant denies paragraph 5 of Plaintiff's Complaint.

5. Defendant denies paragraph 6 of Plaintiff's Complaint.

6. Defendant denies paragraph 7 of Plaintiff's Complaint.

7. Defendant denies paragraph 8 of Plaintiff's Complaint.

8. Defendant denies paragraph 9 of Plaintiff's Complaint.

9.  Defendant denies paragraph 10 including subsections (1) through (4) of Plaintiff's Complaint.

10. Defendant denies paragraph 11 of Plaintiff's Complaint.

11. Defendant denies paragraph 12 of Plaintiff's Complaint.

<u>DEMAND FOR TRIAL BY JURY</u>

Without waiving pleas to the jurisdiction or motion for change of venue, Defendants hereby demand trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant Juan Mendoza, Jr. prays that his upon final hearing hereof, that Plaintiffs take nothing by reason of their suit, that Defendant recover his costs and go hence without day, and for such other and further relief as the Defendant may be justly entitled and will ever pray.

Respectfully Submitted,

**VILLEGAS LAW FIRM**
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
FACSIMILE: (956) 544-7828

By:_____
Albert Villegas
State of Texas Bar No. 20585450
Federal I.D. No. 4914
Attorney for Defendant Juan Mendoza, Jr.

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the above and foregoing has been forwarded to counsel of record as indicated below by certified mail, return receipt requested, on this the 8th day of November, 2000:

Ted Rodriguez, Jr.
LAW OFFICE OF ALFRED T. DENHAM
3700 N. Tenth Street, Suite 105
McAllen, Texas 78501

ALBERT VILLEGAS