# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

**DEC 1 3 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

*Ricardo Perez Jr*

Vs.

*City of Las Fresnos, et al*

Civil
## ACTION NO. B-00-161

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on _____, the Court STRUCK the filing

entitled *Pltf's motion for Leave To Amend Pleading + Perform Limited Discovery #11* because it did not comply with one or

more of the following Local Rules:

1. _____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. _____ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ✓ One or more of the following are not included beneath the attorney's signature:
   - (a)  state bar number; or
   - (b)  Southern District of Texas Federal Bar Number; or
   - (c)  office address including zip code; or
   - (d)  telephone and facsimile numbers with area codes (LR 11.3(A)).

4. _____ A copy of the filing was not provided (LR 5.2).

5. _____ No certificate of service, or an explanation why service is not required (LR 5.4,CrLR 12.4).

6. _____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.1 (D),CrLR12.2).

7. _____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2,CrLR 12.2).

8. _____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas , this ___13th___ day of ___December, 2000___.

**Hilda G. Tagle**
**United States District Judge**