IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

*Ricardo Perez, Jr*

Vs.

*City of Los Fresnos, et al*

United States District Court
Southern District of Texas
ENTERED

DEC 15 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

14

CIVIL ACTION NO. *B-00-161*

ORDER STRIKING FILINGS

BE IT REMEMBERED, that on __12/15/00__, the Court STRUCK the filing entitled *Amended Motion for Leave to Amend Pleading And Reform Limited Discovery (#13)* because it did not comply with one or more of the following Local Rules:

1. ____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ____ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ____ One or more of the following are not included beneath the attorney's signature:
   (a) state bar number; or
   (b) Southern District of Texas Federal Bar Number; or
   (c) office address including zip code; or
   (d) telephone and facsimile numbers with area codes (LR 11.3(A)).

4. ____ A copy of the filing was not provided (LR 5.2).

5. ____ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4).

6. ____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.1 (D), CrLR12.2).

7. ____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. _✓_ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this __15th__ day of __December, 2000__.

*Hilda Tagle*

Hilda G. Tagle
United States District Judge