*15*

United States District Court
Southern District of Texas
FILED

JAN 0 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO PEREZ, JR. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-161 |
| | § | |
| CITY OF LOS FRESNOS, TEXAS | § | |
| JUAN C. SIERRA, SR., GONZALO | § | |
| ACEVEDO, IDA GARCIA, MIGUEL | § | |
| MENDOZA, INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES, AND | § | |
| JUAN MENDOZA, JR., | § | |
| Defendants. | § | |

## PLAINTIFF'S SECOND AMENDED MOTION FOR LEAVE TO AMEND PLEADING AND PERFORM LIMITED DISCOVERY

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, RICARDO PEREZ, JR., Plaintiff herein, and makes and files this his Second Amended Motion for Leave to Amend the Original Complaint, and for good cause would show the Court the following:

### I.

1. Plaintiff has sued Defendants in various capacities and under various causes of action, including 42 U.S.C. §1983 claims and state law claims.

2. Defendants, CITY OF LOS FRESNOS, JUAN C. SIERRA, SR., GONZALO ACEVEDO, IDA GARCIA, MIGUEL MENDOZA, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES filed their Motion to Dismiss, Motion for More Definite Statement and Motion to Stay Discovery on or about November 6, 2000.

3. Because of the number of parties involved and legal theories advanced, Plaintiff requests that he be allowed to amend his Original Complaint for further clarification.

4. The individual Defendants herein allege qualified immunity as a defense to allegations against them. Plaintiff would request that he be allowed to perform limited discovery as to the

qualified immunity defenses prior to any adjudication as Plaintiff has alleged facts which put in controversy the individual Defendants': (1) lack of good faith, and (2) violation of clearly established statutory or constitutional rights. Lion Boulous v. Wilson, 834 F.2d 504 (5th Cir. 1987).

5. The opposing parties will not be prejudiced by providing Plaintiff the opportunity to amend his Complaint.

6. The parties should be afforded opportunity to replead on leave to amend rather than dismiss if it appears a more careful drafted complaint might state a claim. Jacquez v. Procunier, 801 F.2d 789, 792 (5th Cir. 1986); Fuller v. Rich, 925 F.Supp. 459 (N.D. Tex. 1995), aff'd in part, 91 F.3d 138 (1996).

II.

CERTIFICATE OF CONFERENCE

This is to certify that I have conferred with defense counsel and he is opposed to Plaintiff's Second Amended Motion for Leave to Amend Pleading and unopposed to Perform Limited Discovery as to qualified immunity.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that the Court grant this Second Amended Motion for Leave to Amend Pleading, and for such other and further relief, at law or in equity, to which he may show himself justly entitled to receive.

Respectfully submitted,

**LAW OFFICE OF ALFRED T. DENHAM**
3700 N. 10th, Suite 105
McAllen, Texas 78501
(956) 994-8800
(956) 994-8808 Fax

By: _____
Ted Rodriguez, Jr.
State Bar No. 00788307
Federal I.D. No. 16851
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on the _8th_ day of January, 2001, a true and correct copy of the foregoing has been forwarded via certified mail to all counsel of record, as follows:

**VIA CMRRR #7000 0600 0025 8237 1458**
Honorable J. Arnold Aguilar
**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA CMRRR #7000 0600 0025 8237 1441**
Honorable Albert Villegas
**VILLEGAS LAW FIRM**
1324 E. Seventh Street
Brownsville, Texas 78520

_____
Ted Rodriguez, Jr.