1 6

United States District Court
Southern District of Texas
FILED

JAN 1 0 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RICARDO PEREZ, JR.           §
    Plaintiff,             §
                      §
vs.                       §    CIVIL ACTION NO. B-00-161
                      §
CITY OF LOS FRESNOS, TEXAS   §
JUAN C. SIERRA, SR., GONZALO   §
ACEVEDO, IDA GARCIA, MIGUEL   §
MENDOZA, INDIVIDUALLY AND IN  §
THEIR OFFICIAL CAPACITIES, AND  §
JUAN MENDOZA, JR.,           §
    Defendants.            §

## NOTICE OF FINANCIAL INTEREST

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **COMES NOW, RICARDO PEREZ, JR.**, Plaintiff herein, and declares that the only

persons or entities with financial interest in the above-referenced case on behalf of the Plaintiff are

Ricardo Perez, Jr., the Plaintiff, and his attorneys, the Law Office of Alfred T. Denham.

                         Respectfully submitted,

                         **LAW OFFICE OF ALFRED T. DENHAM**
                         3700 N. 10th, Suite 105
                         McAllen, Texas 78501
                         (956) 994-8800
                         (956) 994-8808 Fax

By:_____
        Ted Rodriguez, Jr.
        State Bar No. 00788307
        Federal I.D. No. 16851
**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

This is to certify that on the ___9th___ day of January, 2001, a true and correct copy of the foregoing has been forwarded via certified mail to all counsel of record, as follows:

**VIA CMRRR #7000 0600 0025 8237 1403**
Honorable J. Arnold Aguilar
**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA CMRRR #7000 0600 0025 8237 1410**
Honorable Albert Villegas
**VILLEGAS LAW FIRM**
1324 E. Seventh Street
Brownsville, Texas 78520

Ted Rodriguez, Jr.