17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RICARDO PEREZ, JR. | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| CITY OF LOS FRESNOS, TEXAS, | § | B - 00 - 161 |
| JUAN C. SIERRA, SR., GONZALO | § | |
| ACEVEDO, IDA GARCIA, MIGUEL | § | |
| MENDOZA, Individually and in their | § | |
| Official Capacities and | § | |
| JUAN MENDOZA, JR. | § | |
|     Defendants | § | JURY REQUESTED |

## DEFENDANTS' CERTIFICATE OF DISCLOSURE
## OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

    COME NOW **CITY OF LOS FRESNOS, TEXAS, JUAN C. SIERRA, SR., GONZALO ACEVEDO, IDA GARCIA and MIGUEL MENDOZA,** *Individually and in their Official Capacities,* Defendants herein and file this their Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1) **Plaintiff**
Ricardo Perez, Jr.

(2) **Plaintiff's counsel**
Ted Rodriguez, Jr.
LAW OFFICE OF ALFRED T. DENHAM
3700 North 10th Street, Suite 105
McAllen, TX 78501

(3) **Defendants**
City of Los Fresnos, Texas
Juan C. Sierra, Sr.
Gonzalo Acevedo
Ida Garcia
Miguel Mendoza

(4) **Defendants' counsel**
J. Arnold Aguilar
LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520

(5) **Defendant**
Juan Mendoza, Jr.

(6) **Defendant Mendoza's counsel**
Albert Villegas
LAW OFFICES OF ALBERT VILLEGAS
1324 E. 7th Street
Brownsville, TX 78520

(7) Risk Pool Association
TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL
P. O. Box 149194
Austin, TX 78714-9194

Signed on this the _23rd_ day of January, 2001.

                Respectfully submitted,

                **LAW OFFICE**
                **J. ARNOLD AGUILAR**

Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone   : (956) 504-1100
Facsimile     : (956) 504-1408

By: _____
    J. Arnold Aguilar
    State Bar No. 00936270
    Federal Adm. No. 6822

Attorney for Defendants,
CITY OF LOS FRESNOS, TEXAS,
JUAN C. SIERRA, SR., GONZALO
ACEVEDO, IDA GARCIA and
MIGUEL MENDOZA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** has on this the _24th_ day of January, 2001, been forwarded via certified mail, return receipt requested to:

Ted Rodriguez, Jr.
LAW OFFICE OF ALFRED T. DENHAM
3700 North 10th Street, Suite 105
McAllen, TX 78501

Albert Villegas
LAW OFFICES OF ALBERT VILLEGAS
1324 E. 7th Street
Brownsville, TX 78520

_____
J. Arnold Aguilar