*18*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RICARDO PEREZ | * | |
| | * | |
| | * | |
| vs | * | C.A. NO. B-00-161 |
| | * | |
| CITY OF LOS FRESNOS, TEXAS | * | |
| ETAL. | * | |

## DEFENDANT JUAN MENDOZA'S CERTIFICATE
## OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Juan Mendoza, Defendant herein and file this his Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

1.      Plaintiff
        Ricardo Perez, Jr.

2.      Plaintiff's Counsel
        Ted Rodriguez Jr.
        LAW OFFICE OF ALFRED T. DENHAM
        3700 N. 10TH SUITE 101
        MCALLEN, TEXAS

3.      Defendants
        City of Los Fresnos, Texas
        Juan C. Sierra Sr.
        Gonzalo Acevedo
        Ida Garcia
        Miguel Mendoza

4.      Defendant's Counsel
        J. Arnold Aguilar
        Law Office J. Arnold Aguilar
        1200 Central Boulevard Suite H 2
        Brownsville Texas 78520

5.    Defendant
      Juan Mendoza

6.    Defendant Mendoza's Counsel
      Albert Villegas
      VILLEGAS LAW FIRM
      1324 East Seventh
      Brownsville Texas 78520


      Signed on this the _____ day of January, 2001.


                              Respectfully Submitted,


                              _____
                              VILLEGAS LAW FIRM
                              BY: ALBERT VILLEGAS
                              1324 EAST SEVENTH STREET
                              BROWNSVILLE, TEXAS 78520
                              TELEPHONE: (956) 544-3352
                              TELECOPIER: (956) 544-7828
                              STATE BAR NO: 20585450
                              FEDERAL ID NO 4914
                              ATTORNEY FOR DEFENDANT MENDOZA

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to the following counsel of record on this the 29th day of January, 2001 via regular mail and fax:

Ted Rodriguez Jr.
LAW OFFICE OF ALFRED T. DENHAM
3700 N. 10TH SUITE 101
MCALLEN, TEXAS

J. Arnold Aguilar
Law Office J. Arnold Aguilar
1200 Central Boulevard Suite H 2
Brownsville Texas 78520

_____
ALBERT VILLEGAS