# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

FEB 26 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Fajardo    ■ Koerner |
| DATE | 02 / 26 / 01 |
| TIME | ___ a.m. — ___ a.m.  <br> 2:30 p.m. — 2:46 p.m. |
| CIVIL ACTION | B — 00 — 161 |
| STYLE | Perez <br> *versus* <br> City of Los Fresnos, et al. |

DOCKET ENTRY  IPTC

(HGT) ■ Status Conference;    ☐ Motion Hearing;   (Rptr. Breck Record )

| | | | |
|---|---|---|---|
| Ted Rodriguez | for | ■ Ptf. #_____ | ☐ Deft. #_____ |
| J. Arnold Aguilar | for | ☐ Ptf. #_____ | ■ All Defts. except Juan Mendoza, Jr. |
| Albert Villegas | for | ☐ Ptf. #_____ | ■ Deft. Juan Mendoza, Jr. |

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☐ Argument heard on:   ☐ all pending motions;   ☐ Following motions

☐ Motions taken under advisement: _____

■ Scheduling order to be entered.

☐ Miscellaneous review set: _____

■ Rulings orally rendered on:

1. Rule 7(a) reply will be filed by March 28, 2001.

2. Amended complaint will be filed by March 28, 2001.

3. The Joint Discovery/Case Management Plan states that discovery on qualified immunity will be completed by October 15, 2000.

1

■   <u>Comments</u>:

1. Defendant Juan Mendoza, Jr. is sued in his individual capacity only.

2. Defendant Juan Mendoza, Jr. will be filing a motion to dismiss based on lack of federal jurisdiction after initial discovery is completed.

3. If the Parties cannot agree on dismissal of the punitive damages claim under the Texas Whistleblower Act against the City, the Defendants will file a motion to reconsider because the amended Whistleblower Act does not allow for the recovery of punitive damages.