UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 28 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

RICARDO PEREZ, JR.          §
                            §
versus                      §    CIVIL ACTION B-00-161
                            §
CITY OF LOS FRESNOS, TEXAS, et al §

## Scheduling Order

1. Trial: Estimated time to try: **10-12** days.          ☐ Bench   ☒ Jury

2. New parties must be joined by:                                **3/12/01**

   Furnish a copy of this scheduling order to new parties.

3. Rule 7(a) reply will be filed by:                             **3/28/01**

4. Amended Complaint will be filed by:                           **3/28/01**

5. The plaintiff's experts will be named with a report furnished by:  **9/14/01**

6. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.   **9/28/01**

7. Discovery must be completed (on qualified immunity) by:       **10/15/01**

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

******************************The Court will provide these dates******************************

8. Dispositive Motions will be filed by:                         **11/15/01**

9. Joint pretrial order is due:                                  **2/15/02**

   (The plaintiff is responsible for filing the pretrial order on time.)

10. Docket Call and final pretrial conference is set for 1:30 p.m. on:  **3/7/02**

11. Jury Selection is set for 9:00 a.m. on:                      **3/11/02**

    (The case will remain on standby until tried.)

Signed **February 28**, 2001, at Brownsville, Texas.

*Hilda Tagle*

Hilda G. Tagle
United States District Judge