

23

COPY

United States District Court
Southern District of Texas
FILED

MAR 1 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO PEREZ, JR. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-161 |
| | § | |
| CITY OF LOS FRESNOS, TEXAS | § | |
| JUAN C. SIERRA, SR., GONZALO | § | |
| ACEVEDO, IDA GARCIA, MIGUEL | § | |
| MENDOZA, INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES, AND | § | |
| JUAN MENDOZA, JR., | § | |
| Defendants. | § | |

## UNOPPOSED MOTION FOR LEAVE FOR
## EXTENSION OF TIME TO FILE RULE 7(a) REPLY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RICARDO PEREZ, JR., Petitioner herein, and makes and files this his Unopposed Motion for Leave for Extension of Time to File Rule 7(a) Reply, and for good cause would show the Court the following:

I.

1. Petitioner would show the Court that on or about the afternoon of February 26, 2001 at the pre-trial conference, the deadline for the Rule 7(a) response was set for March 28, 2001. The Rule 7(a) reply touches on the issue of qualified immunity for the individual alderpersons named as Defendants in this cause.

2. Petitioner recently received discovery responses from the Defendants which require further investigation. In addition, Petitioner needs to depose the four (4) alderperson Defendants as well as at least four (4) other city employee witnesses for matters that go to the qualified immunity issues. These depositions are in the process of being scheduled, but cannot be set until April due to scheduling conflicts of the attorneys. Counsel for Petitioner further requests for extension of time because counsel has twenty (20) depositions in another case scheduled from March 19th through

March 27, 2001 and will be out of town for many of those depositions. These depositions involve attorneys from Houston, San Antonio, Dallas and the Rio Grande Valley and would be extremely difficult to reschedule.

## II.

Petitioner requests that the Court extend the deadline for Petitioner's Rule 7(a) reply for the issue of qualified immunity to April 27, 2001. This request is made not for delay, but so that justice may be done.

## III.

### CERTIFICATE OF CONFERENCE

Petitioner has conferred with all counsel of record and they are unopposed to this motion.

**WHEREFORE, PREMISES CONSIDERED,** Petitioner prays that the Court grant this Unopposed Motion for Leave for Extension of Time to File Rule 7(a) Reply to April 27, 2001, and for such other and further relief, at law or in equity, to which this Petitioner may show himself justly entitled to receive.

Respectfully submitted,

LAW OFFICE OF ALFRED T. DENHAM
3700 N. 10th, Suite 100
McAllen, Texas 78501
(956) 994-8800
(956) 994-8808 Fax

By: _____
Ted Rodriguez, Jr.
State Bar No. 00788307
Federal I.D. No. 16851
**ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of March, 2001, a true and correct copy of the foregoing has been forwarded via certified mail to all counsel of record, as follows:

**VIA CMRRR #Z 246 475 483**
Honorable J. Arnold Aguilar
**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA CMRRR #Z 246 475 484**
Honorable Albert Villegas
**VILLEGAS LAW FIRM**
1324 E. Seventh Street
Brownsville, Texas 78520

_____
Ted Rodriguez, Jr.