24

```
                                            United States District Court
                                             Southern District of Texas
        IN THE UNITED STATES DISTRICT COURT          ENTERED
         FOR THE SOUTHERN DISTRICT OF TEXAS
                BROWNSVILLE DIVISION              MAR 2 8 2001

                                            Michael N. Milby, Clerk of Court
                                            By Deputy Clerk
```

| | | |
|---|---|---|
| Perez, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-161 |
| | § | |
| City of Los Fresnos, Tex., et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on March 27, 2001 the Court **GRANTED** the Plaintiff's Unopposed Motion for Leave for Extension of Time to File Rule 7(a) Reply [Dkt. No. 23]. The Plaintiff must file his Rule 7(a) reply by April 27, 2001.

DONE at Brownsville, Texas, this 27th day of March 2001.

_Hilda Tagle_
_____
Hilda G. Tagle
United States District Judge