26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 3 2001

Michael N. Milby
Clerk of Court

RICARDO PEREZ, JR.          §
          Plaintiff,        §
                            §
vs.                         §          CIVIL ACTION NO. B-00-161
                            §
CITY OF LOS FRESNOS, TEXAS  §
JUAN C. SIERRA, SR., GONZALO §
ACEVEDO, IDA GARCIA, MIGUEL §
MENDOZA, INDIVIDUALLY AND IN §
THEIR OFFICIAL CAPACITIES, AND §
JUAN MENDOZA, JR.,          §
          Defendants.       §

## SECOND UNOPPOSED MOTION FOR LEAVE FOR EXTENSION OF TIME TO FILE RULE 7(a) REPLY

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, RICARDO PEREZ, JR., Petitioner herein, and makes and files this his Second Unopposed Motion for Leave for Extension of Time to File Rule 7(a) Reply, and for good cause would show the Court the following:

**I.**

1.       Petitioner would show the Court that on March 27, 2001 this Honorable Court granted Plaintiff's Unopposed Motion for Leave to extend the deadline for filing his Rule 7(a) reply until April 27, 2001. The Rule 7(a) reply touches on the issue of qualified immunity for the individual alderpersons named as Defendants in this cause. Petitioner had scheduled the depositions of four (4) alderperson Defendants. However, due to conflicts in the schedules of the deponents and the defense attorneys, Petitioner will need to reschedule their depositions for times that closely coincide or go past the deadline for the April 27th Rule 7(a) Reply. Petitioner is using due diligence in the scheduling of the depositions and exerting all efforts to accommodate the Defendants and their attorneys.

**II.**

Petitioner requests that the Court extend the deadline for Petitioner's Rule 7(a) reply for the issue of qualified immunity to May 29, 2001. This request is made not for delay, but so that justice may be done.

**III.**

**CERTIFICATE OF CONFERENCE**

Petitioner has conferred with all counsel of record and they are unopposed to this motion. Please see the attached copies of the letter (Exhibit "A") which all counsel have signed indicating their agreement with Petitioner's request for an extension.

**WHEREFORE, PREMISES CONSIDERED,** Petitioner prays that the Court grant this Unopposed Second Motion for Leave for Extension of Time to File Rule 7(a) Reply to May 29, 2001, and for such other and further relief, at law or in equity, to which this Petitioner may show himself justly entitled to receive.

Respectfully submitted,

**LAW OFFICE OF ALFRED T. DENHAM**
3700 N. 10th, Suite 100
McAllen, Texas 78501
(956) 994-8800
(956) 994-8808 Fax

By: _____
Ted Rodriguez, Jr.
State Bar No. 00788307
Federal I.D. No. 16851
**ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

This is to certify that on the ___19th___ day of April, 2001, a true and correct copy of the foregoing has been forwarded via certified mail to all counsel of record, as follows:

**VIA CMRRR #Z 246 475 383**
Honorable J. Arnold Aguilar
**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA CMRRR #Z 246 475 384**
Honorable Albert Villegas
**VILLEGAS LAW FIRM**
1324 E. Seventh Street
Brownsville, Texas 78520

Ted Rodriguez, Jr.

# EXHIBIT "A"

CVISPDF – www.faviso.com

# LAW OFFICE OF ALFRED T. DENHAM

**Alfred T. Denham**          3700 N. 10th Street, Suite 100      Telephone (956) 994-8800
Ted Rodriguez, Jr.            McAllen, Texas 78501                Facsimile  (956) 994-8808

March 27, 2001

VIA FAX #504-1408                              VIA FAX #544-7828
Honorable J. Arnold Aguilar                    Honorable Albert Villegas
LAW OFFICE OF J. ARNOLD AGUILAR                VILLEGAS LAW FIRM
Artemis Square, Suite H-2                      1324 E. Seventh Street
1200 Central Blvd.                             Brownsville, Texas 78520
Brownsville, Texas 78520

Re:    Civil Action No. B-00161; Ricardo Perez, Jr. vs. City of Los Fresnos, Texas, Juan C. Sierra,
       Sr., Gonzalo Acevedo, Ida Garcia, Miguel Mendoza, Individually and In Their Official
       Capacities and Juan Mendoza, Jr.

Dear Counsel:

    I am in receipt of Mr. Villegas' letter dated March 26, 2001, indicating he will not be
available until the week of April 23, 2001  As you are aware, we asked the Court for leave to file
a Rule 7(a) reply, with the deadline being moved to April 27, 2001. I do not see that I will be able
to conduct these depositions and file an appropriate reply with the current deadlines. If both of you
are willing to give me an extra month on the extension to reply and we take the depositions on the
week of April 23rd or May 7th, that will be good for me. Both of you have indicated you are available
the early part of the week of April 23rd subject to deponents' availability which Mr. Aguilar is
currently determining. Otherwise, I have no choice but to go forward with the depositions in order
to timely file a reply. If this agreeable to the both of you, please sign where indicated below and
return via fax to me so that we may file this with the Court as an attachment to a Second Motion for
Leave to File a Rule 7(a) reply. Please contact me if you have any questions or comments.

Sincerely,

Ted Rodriguez, Jr.

AGREED:

_____
Honorable J. Arnold Aguilar
Attorney for Defendants City of Los Fresnos,
Juan C. Sierra, Sr., Gonzalo Acevedo, Ida Garcia
and Miguel Mendoza, Individually and In Their
Official Capacities

_____    3-27-01
Honorable Albert Villegas
Attorney for Defendant Juan Mendoza, Jr.

# LAW OFFICE OF ALFRED T. DENHAM

Alfred T. Denham

Ted Rodriguez, Jr.

3700 N. 10th Street, Suite 100
McAllen, Texas 78501

Telephone (956) 994-8800
Facsimile  (956) 994-8808

March 27, 2001

VIA FAX #504-1408
Honorable J. Arnold Aguilar
LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

VIA FAX #544-7828
Honorable Albert Villegas
VILLEGAS LAW FIRM
1324 E. Seventh Street
Brownsville, Texas 78520

Re:   Civil Action No. B-00161; Ricardo Perez, Jr. vs. City of Los Fresnos, Texas, Juan C. Sierra, Sr., Gonzalo Acevedo, Ida Garcia, Miguel Mendoza, Individually and In Their Official Capacities and Juan Mendoza, Jr.

Dear Counsel:

I am in receipt of Mr. Villegas' letter dated March 26, 2001, indicating he will not be available until the week of April 23, 2001. As you are aware, we asked the Court for leave to file a Rule 7(a) reply, with the deadline being moved to April 27, 2001. I do not see that I will be able to conduct these depositions and file an appropriate reply with the current deadlines. If both of you are willing to give me an extra month on the extension to reply and we take the depositions on the week of April 23rd or May 7th, that will be good for me. Both of you have indicated you are available the early part of the week of April 23rd subject to deponents' availability which Mr. Aguilar is currently determining. Otherwise, I have no choice but to go forward with the depositions in order to timely file a reply. If this agreeable to the both of you, please sign where indicated below and return via fax to me so that we may file this with the Court as an attachment to a Second Motion for Leave to File a Rule 7(a) reply. Please contact me if you have any questions or comments.

Sincerely,

Ted Rodriguez, Jr.

AGREED:

Honorable J. Arnold Aguilar
Attorney for Defendants City of Los Fresnos,
Juan C. Sierra, Sr., Gonzalo Acevedo, Ida Garcia
and Miguel Mendoza, Individually and In Their
Official Capacities

Honorable Albert Villegas
Attorney for Defendant Juan Mendoza, Jr