27th

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Perez, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-161 |
| | § | |
| City of Los Fresnos, Tex., et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on April 25, 2001 the Court **GRANTED** the Parties' Second Unopposed Motion for Leave for Extension of Time to File Rule 7(a) Reply [Dkt. No. 26]. The Plaintiff must file his Rule 7(a) reply by May 29, 2001.

DONE at Brownsville, Texas, this 27th day of April 2001.

Hilda G. Tagle
United States District Judge