28

United States District Court
Southern District of Texas
FILED

MAY 1 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO PEREZ, JR. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-161 |
| | § | |
| CITY OF LOS FRESNOS, TEXAS | § | |
| JUAN C. SIERRA, SR., GONZALO | § | |
| ACEVEDO, IDA GARCIA, MIGUEL | § | |
| MENDOZA, INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES, AND | § | |
| JUAN MENDOZA, JR., | § | |
| Defendants. | § | |

## ATTORNEY IN CHARGE CHANGE OF ADDRESS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, RICARDO PEREZ, JR., Plaintiff herein, and makes and files this his ATTORNEY IN CHARGE CHANGE OF ADDRESS, and for good cause would show the Court the following:

I.

The Attorney in Charge has recently left his prior office and asks that the Court and all pertinent parties take Notice that the new address, phone, and fax number is as follows:

> TED RODRIGUEZ, JR.
> Attorney -in-charge
> SBN 00788307
> Southern Dist. BN 16851
> LAW OFFICE OF TED RODRIGUEZ, JR.
> 2316 N. Bryan Road
> Mission, Texas 78572
> Phone (956) 519-9195
> Fax    (956) 519-9195

Respectfully submitted,

By: _____
Ted Rodriguez, Jr.
State Bar No. 00788307
Federal I.D. No. 16851
**ATTORNEYS FOR PLAINTIFF**

LAW OFFICE OF TED RODRIGUEZ, JR.
2316 N. Bryan Road
Mission, Texas 78572
Phone (956) 519-9195
Fax     (956) 519-9195

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of May, 2001, a true and correct copy of the foregoing has been forwarded via the Rules of Procedure to all counsel of record, as follows:

**VIA Fax (956) 504-1408 and Regular Mail**
Honorable J. Arnold Aguilar
**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA Fax (956) 544-7828 and Regular Mail**
Honorable Albert Villegas
**VILLEGAS LAW FIRM**
1324 E. Seventh Street
Brownsville, Texas 78520

_____
Ted Rodriguez, Jr.