30

United States District Court
Southern District of Texas
FILED

MAY 2 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO PEREZ, JR. <br> Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-161 |
| CITY OF LOS FRESNOS, TEXAS JUAN C. SIERRA, SR., GONZALO ACEVEDO, IDA GARCIA, MIGUEL MENDOZA, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES, AND JUAN MENDOZA, JR., <br> Defendants. | § § § § § § § § | |

## SUPLEMENT TO THIRD UNOPPOSED MOTION FOR LEAVE FOR EXTENSION OF TIME TO FILE RULE 7(a) REPLY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RICARDO PEREZ, JR., Petitioner herein, and makes and files this his Supplement to the Third Amended Unopposed Motion for Leave for Extension of Time to File Rule 7(a) Reply, and for good cause would show the Court the following:

I.

### CERTIFICATE OF CONFERENCE

Petitioner has to conferred with all counsel of record and they are all unopposed to this motion. Please see the attached copies of the letter (Exhibit "2") which counsel for the Defendant Juan Mendoza, Jr. has signed indicating their agreement with Petitioner's request for an extension.

**WHEREFORE, PREMISES CONSIDERED,** Petitioner prays that the Court grant this Unopposed Second Motion for Leave for Extension of Time to File Rule 7(a) Reply to June 29, 2001, and for such other and further relief, at law or in equity, to

which this Petitioner may show himself justly entitled to receive.

Respectfully submitted,

By: _____
Ted Rodriguez, Jr.
State Bar No. 00788307
Federal I.D. No. 16851
**ATTORNEY FOR PETITIONER**

LAW OFFICE OF TED RODRIGUEZ, JR.
2316 N. Bryan Road
Mission, Texas 78572
Phone (956) 519-9195
Fax    (956) 519-9195

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of May, 2001, a true and correct copy of the foregoing has been forwarded via certified mail to all counsel of record, as follows:

**VIA FAX (956)504-1408 and Regular Mail**
Honorable J. Arnold Aguilar
**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA FAX (956) 544-7828 and Regular Mail**
Honorable Albert Villegas
**VILLEGAS LAW FIRM**
1324 E. Seventh Street
Brownsville, Texas 78520

_____
Ted Rodriguez, Jr.

**Third Motion for Leave to Extend Deadline to File Rule 7(a) Reply to June 29, 2001**

AGREED:

_____  5-22-01
Albert Villegas
Attorney for Defendant Juan Mendoza, Jr.

Exh 2