31

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Perez, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-161 |
| City of Los Fresnos, Tex., et al, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on May 23, 2001 the Court **STRUCK** the Plaintiff's Third Unopposed Motion for Leave for Extension of Time to File Rule 7(a) Reply as to City and Officials [Dkt. No. 29]. The Plaintiff does not indicate whether he has conferred with counsel for Defendant Juan Mendoza, Jr. and whether defense counsel is opposed or unopposed to the Plaintiff's motion. If the Plaintiff wishes the Court to consider his motion, he must also indicate whether the extension will affect any of the deadlines in the Court's scheduling order.

DONE at Brownsville, Texas, this 23rd day of May 2001.

_____
Hilda G. Tagle
United States District Judge