32

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 29 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RICARDO PEREZ, JR. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-161 |
| | § | |
| CITY OF LOS FRESNOS, TEXAS | § | |
| JUAN C. SIERRA, SR., GONZALO | § | |
| ACEVEDO, IDA GARCIA, MIGUEL | § | |
| MENDOZA, INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES, AND | § | |
| JUAN MENDOZA, JR., | § | |
| Defendants. | § | |

### FOURTH UNOPPOSED MOTION FOR LEAVE FOR EXTENSION OF TIME TO FILE RULE 7(a) REPLY

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, RICARDO PEREZ, JR., Petitioner herein, and makes and files this his Fourth Unopposed Motion for Leave for Extension of Time to File Rule 7(a) Reply, and for good cause would show the Court the following:

**I.**

1. Petitioner would show the Court that on April 27, 2001 this Honorable Court granted Plaintiff's Unopposed Motion for Leave to extend the deadline for filing his Rule 7(a) reply until May 29, 2001. The Rule 7(a) reply touches on the issue of qualified immunity for the individual alderpersons named as Defendants in this cause. Petitioner has continued to take three depositions since the last Motion for Leave was granted. Plaintiff must still take the deposition of Defendant Ida Garcia who is a key and crucial witness who also seeks official immunity. Although scheduled, she has had to cancel and reschedule her deposition until June 2, 2001, a Saturday, because of her graduate studies,

See Exhibit "1" attached and incorporated herein for all purposes. There is at least one other and possibly two witnesses who also go to the issue of qualified immunity who need to be deposed. However, due to conflicts in the schedules of the deponents and the defense attorneys, Petitioner will need to reschedule their depositions for times that closely coincide or go past the deadline for the May 29th Rule 7(a) Reply. Petitioner is using due diligence in the scheduling of the depositions and exerting all efforts to accommodate the Defendants and their attorneys. At this time, Petitioner does not foresee that any other deadlines in the Court's scheduling Order will be affected.

II.

Petitioner requests that the Court extend the deadline for Petitioner's Rule 7(a) reply for the issue of qualified immunity to June 29, 2001. This request is made not for delay, but so that justice may be done.

III.

### CERTIFICATE OF CONFERENCE

Petitioner has to conferred with all counsel of record and they are all unopposed to this motion. Please see the attached copies of the letter (Exhibit "1") which counsel for all Defendants have signed indicating their agreement with Petitioner's request for an extension.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner prays that the Court grant this Fourth Unopposed Motion for Leave for Extension of Time to File Rule 7(a) Reply to June 29, 2001, and for such other and further relief, at law or in equity, to which this Petitioner may show himself justly entitled to receive.

Respectfully submitted,

By: /s/ Ted Rodriguez
Ted Rodriguez, Jr.
State Bar No. 00788307
Federal I.D. No. 16851
**ATTORNEY FOR PETITIONER**

LAW OFFICE OF TED RODRIGUEZ, JR.
2316 N. Bryan Road
Mission, Texas 78572
Phone (956) 519-9195
Fax     (956) 519-9195

## CERTIFICATE OF SERVICE

This is to certify that on the 29th day of May, 2001, a true and correct copy of the foregoing has been forwarded via certified mail to all counsel of record, as follows:

**VIA Hand delivery**
Honorable J. Arnold Aguilar
**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA Hand delivery**
Honorable Albert Villegas
**VILLEGAS LAW FIRM**
1324 E. Seventh Street
Brownsville, Texas 78520

/s/ Ted Rodriguez
Ted Rodriguez, Jr.

# J. ARNOLD AGUILAR

J. ARNOLD AGUILAR
Board Certified
Personal Injury Trial Law
Texas Board of Legal Specialization

Member, College of the State Bar of Texas

May 11, 2001

**via FACSIMILE (956) 994-8808**
Mr. Ted Rodriguez, Jr.
LAW OFFICE OF ALFRED T. DENHAM
3700 North 10th Street, Suite 105
McAllen, TX 78501

Re:  Civil Action No. B-00-161
     Ricardo Perez, Jr. vs. City of Los Fresnos, Texas, et al.
     U.S.D.C. - Brownsville Division
     Our File No. 202-00

Dear Mr. Rodriguez:

As we discussed, I would ask that you agree to move the deposition of Ida Garcia from its present setting of May 16th to June 2, 2001. As you may know, Ms. Garcia is still taking classes for her Master's Degree, which take up practically all of her spare time. She will be starting a Spanish Class on May 14th, which continues for 3 weeks, through June 1st. That class is from 9:00 a.m. until noon, Monday through Friday, after which she works from noon until 6:00 p.m. After that class is over, she starts classes in the first summer session, from June 4th through July 6th, where she will be taking Introduction to Research and Spanish II, from 1:00 p.m. to 7:00 p.m., Monday through Friday. She will be working mornings during those days. She will then start the Second Summer Session on June 9th through August 10th, where she will be taking Sociocultural Foundations, but she does not yet know the hours of that class. I would ask, therefore, that you agree to move her deposition to June 2nd, which would be after the completion of her 3-week class and before the first day of class on the First Summer Session. If this would also require additional time for you to submit your Rule 7 Reply, we would not be opposed to a request for additional time to respond after Ms. Garcia's deposition. If you are in agreement with resetting Ms. Garcia's deposition to June 2nd, I would ask that you sign below and return a copy of your signature via telefax.

*I agree to extend the deadline for the Rule 7 reply to June 29, 2001 in order to give you time to receive the depositions and draft your reply.*

TRJ

Mr. Ted Rodriguez, Jr.
LAW OFFICE OF ALFRED T. DENHAM
May 11, 2001
Page -2-

                                   Very truly yours,

                                   LAW OFFICE
                                   J. ARNOLD AGUILAR

                          By: _____
                             J. Arnold Aguilar

JAA:fp

    **AGREED:**

    By: _____
        Ted Rodriguez

xc:  **via FACSIMILE (956) 544-7828**
     Mr. Albert Villegas
     VILLEGAS LAW FIRM
     1324 E. 7th Street
     Brownsville, TX 78520

## Third Motion for Leave to Extend Deadline to File Rule 7(a) Reply to June 29, 2001

AGREED:

_____  5-22-01
Albert Villegas
Attorney for Defendant Juan Mendoza, Jr.

Exh 2