33

United States District Court
Southern District of Texas
ENTERED

JUN 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Perez, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-00-161 |
| City of Los Fresnos, Tex., et al, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on June 5, 2001, the Court **GRANTED** the Plaintiff's Fourth Unopposed Motion for Leave for Extension of Time to File Rule 7(a) Reply [Dkt. No. 32]. The Plaintiff must file his Rule 7(a) reply by June 29, 2001. The Plaintiff and Defendants are **ORDERED** to work together in good faith to complete the scheduled depositions in a timely fashion. No further extensions will be granted unless extraordinary circumstances are shown.

DONE at Brownsville, Texas, this 5th day of June 2001.

Hilda G. Tagle
United States District Judge