

35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RICARDO PEREZ, JR. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-161 |
| | § | |
| CITY OF LOS FRESNOS, TEXAS | § | |
| JUAN C. SIERRA, SR., GONZALO | § | |
| ACEVEDO, IDA GARCIA, MIGUEL | § | |
| MENDOZA, INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES, AND | § | |
| JUAN MENDOZA, JR., | § | |
| Defendants. | § | |

## ATTORNEY IN CHARGE CHANGE OF ADDRESS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, RICARDO PEREZ, JR., Plaintiff herein, and makes and files this his ATTORNEY IN CHARGE CHANGE OF ADDRESS, and for good cause would show the Court the following:

### I.

The Attorney in Charge has recently relocated to his office and asks that the Court and all pertinent parties take Notice that the new address, phone, and fax number is as follows:

TED RODRIGUEZ, JR.
Attorney -in-charge
SBN 00788307
Southern Dist. BN 16851
LAW OFFICE OF TED RODRIGUEZ, JR.
5415 N. McColl, Suite 105
McAllen, Texas 78504
Phone (956) 686-7500
Fax    (956) 686-7594

Respectfully submitted,

By: _____
Ted Rodriguez, Jr.
State Bar No. 00788307
Federal I.D. No. 16851
**ATTORNEYS FOR PLAINTIFF**

LAW OFFICE OF TED RODRIGUEZ, JR.
5415 N. McColl, Suite 105
McAllen, Texas 78504
Phone (956) 686-7500
Fax     (956) 686-7594

## CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of July, 2001, a true and correct copy of the foregoing has been forwarded via the Rules of Procedure to all counsel of record, as follows:

**VIA Fax (956) 504-1408 and Regular Mail**
Honorable J. Arnold Aguilar
**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA Fax (956) 544-7828 and Regular Mail**
Honorable Albert Villegas
**VILLEGAS LAW FIRM**
1324 E. Seventh Street
Brownsville, Texas 78520

_____
Ted Rodriguez, Jr.