3



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 0 5 2001
Michael N. Milby
Clerk of Court

RICARDO PEREZ, JR.
Plaintiff,

vs.

CITY OF LOS FRESNOS, TEXAS
JUAN C. SIERRA, SR., GONZALO ACEVEDO, IDA GARCIA, MIGUEL MENDOZA, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES, AND JUAN MENDOZA, JR.,
Defendants.

§ § § § § § § § § § § § §

CIVIL ACTION NO. B-00-161

**UNOPPOSED MOTION FOR LEAVE FOR EXTENSION OF DEADLINES**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, RICARDO PEREZ, JR., Petitioner herein, and makes and files this his Unopposed Motion for Leave for Extension of Deadlines of the Scheduling Order, and for good cause would show the Court the following:

**I.**

1.1 Petitioner would show the Court that plaintiff received written discovery from Defendant Juan Mendoza for the first time on September 21, 2001. Plaintiff has requested the deposition of Juan Mendoza but due to the Queen Isabella causeway accident, has been unavailable.

1.2 Plaintiff and defense counsel Arnold Aguilar join in requesting an Order of the Court to allow discovery and depositions of matters involved in closed session concerning the disciplining and termination of the plaintiff. Due to state laws requiring an Order allowing disclosure, the parties have not been able to depose witnesses concerning closed

meeting discussions which are central to all claims and defenses. The parties have taken a total of eight depositions and exchanged large numbers of documents so they are not ignoring this case.

1.3 Counsel for plaintiff has recently taken employment with the Law Firm of Garcia & Villareal, L.L.P., 4401 N. McColl, McAllen, Texas 78504, (956) 630-0081. This firm does primarily defense work and plaintiff's current counsel will be unable to continue representing the plaintiff. Plaintiff is actively seeking substitute counsel.

**II.**

Petitioner requests that the Court extend all remaining deadlines under the Scheduling Order for at least three months. This request is made not for delay, but so that justice may be done.

**III.**

**CERTIFICATE OF CONFERENCE**

Petitioner has conferred with all counsel of record and they are unopposed to this motion.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner prays that the Court grant this Unopposed Motion for Leave for Extension of Deadlines and extend the remaining deadlines for at least three months, and for such other and further relief, at law or in equity, to which this Petitioner may show himself justly entitled to receive.

Respectfully submitted,

By: ______________________
Ted Rodriguez, Jr.
State Bar No. 00788307
Federal I.D. No. 16851
**ATTORNEY FOR PETITIONER**

ClibPDF - www.fastio.com

LAW OFFICE OF TED RODRIGUEZ, JR.
5415 N. McColl, Suite 105
McAllen, Texas 78504
Phone (956) 686-7500
Fax (956) 686-7594

**CERTIFICATE OF SERVICE**

This is to certify that on the 4th day of October, 2001, a true and correct copy of the foregoing has been forwarded via certified mail to all counsel of record, as follows:

**VIA FAX (956)504-1408 and Regular Mail**
Honorable J. Arnold Aguilar
**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA FAX (956) 544-7828 and Regular Mail**
Honorable Albert Villegas
**VILLEGAS LAW FIRM**
1324 E. Seventh Street
Brownsville, Texas 78520

Ted Rodriguez, Jr.

ClibPDF - www.fastio.com