

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO PEREZ, JR. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-161 |
| | § | |
| CITY OF LOS FRESNOS, TEXAS | § | |
| JUAN C. SIERRA, SR., GONZALO | § | |
| ACEVEDO, IDA GARCIA, MIGUEL | § | |
| MENDOZA, INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES, AND | § | |
| JUAN MENDOZA, JR., | § | |
|     Defendants. | § | |

## PLAINTIFF COUNSEL'S UNOPPOSED MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, TED RODRIGUEZ, JR and the LAW OFFICE OF TED RODRIGUEZ, JR., Counsel for plaintiff Ricardo Perez, Jr. and makes this Motion to Withdraw as Counsel, and for cause of action would respectfully show the Court and jury the following:

I.

Attorney Ted Rodriguez, Jr. recently was employed by the Law Office of Garcia & Villareal in McAllen, Texas which does primarily defense work and no work like the case at bar. As a result, Ted Rodriguez, Jr. will be unable to continue representing Plaintiff Ricardo Perez, Jr. Counsel has discussed this with the client who is in unopposed. All deadlines and current court settings have been told to the Plaintiff and counsel has previously filed an Unopposed Motion to Extend the deadlines. Until new counsel is hired for plaintiff, all correspondence and communication should be forwarded to Ricardo Perez, Jr., 405 E. Loeb, Edinburg, Texas 78539.

II.

## CERTIFICATE OF CONFERENCE

Petitioner has conferred with all counsel of record and Ricardo Perez, Jr. and they are unopposed to this motion.

WHEREFORE PREMISES CONSIDERED, plaintiff prays that this Court grant this Motion to Withdraw, that Ted Rodriguez, Jr. and the Law Office of Ted Rodriguez, Jr. be withdrawn as counsel for plaintiff Ricardo Perez, Jr., and for such other and further relief, at law or in equity, to which this plaintiff may show himself justly entitled to receive.

Respectfully submitted,

By: _/s/ Ted Rodriguez_
Ted Rodriguez, Jr.
State Bar No. 00788307
Federal I.D. No. 16851
**ATTORNEY FOR PETITIONER**

LAW OFFICE OF TED RODRIGUEZ, JR.
5415 N. McColl, Suite 105
McAllen, Texas 78504
Phone (956) 686-7500
Fax     (956) 686-7594

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of October, 2001, a true and correct copy of the foregoing has been forwarded via certified mail to all counsel of record, as follows:

**VIA FAX (956)504-1408 and Regular Mail**
Honorable J. Arnold Aguilar
**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

**VIA FAX (956) 544-7828 and Regular Mail**
Honorable Albert Villegas
**VILLEGAS LAW FIRM**
1324 E. Seventh Street
Brownsville, Texas 78520

**VIA CMRRR 7000 1140 0003 2390 5480**
Mr. Ricardo Perez, Jr.
405 E. Loeb
Edinburg, Texas 78539

_____
Ted Rodriguez, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO PEREZ, JR. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-161 |
| | § | |
| CITY OF LOS FRESNOS, TEXAS | § | |
| JUAN C. SIERRA, SR., GONZALO | § | |
| ACEVEDO, IDA GARCIA, MIGUEL | § | |
| MENDOZA, INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES, AND | § | |
| JUAN MENDOZA, JR., | § | |
|     Defendants. | § | |

## ORDER GRANTING MOTION TO WITHDRAW

CAME on this _____ day of _____, 2001 to be considered Plaintiff Counsel's Unopposed Motion to Withdraw, and the Court having considered said motion is of the opinion same should be granted.

IT IS THEREFORE ORDERED that Ted Rodriguez, Jr. and the Law Office of Ted Rodriguez, Jr. are withdrawn as attorney of record for plaintiff Ricardo Perez, Jr., that all communication be sent to Ricardo Perez, Jr. at 405 E. Loeb, Edinburg, Texas 78539 (956) 383-6868 until new counsel appears on his behalf.

SIGNED this _____ day of _____, 2001

_____
HONORABLE HILDA TAGLE,
UNTED STATES DISTRICT JUDGE