39

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

NOV 1 4 2001

| RICARDO PEREZ, JR.. | § | |
| | § | |
| | § | |
| versus | § | CIVIL ACTION: B: 00-161 |
| | § | |
| | § | |
| CITY OF LOS FRESNOS, TEXAS, et al | § | |

## Order Setting Teleconference

A telephone conference is hereby scheduled for **November 14, 2001 at 3:00 p.m.** The Case Manager will initiate the call. All counsel must be on standby until called.

Signed on _November 14_, 2001 at Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE