40

United States District Court
Southern District of Texas
ENTERED

NOV 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ricardo Perez, Jr. | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. B-00-161 |
| City of Los Fresnos, Texas Juan C. Sierra, Sr., Gonzalo Acevedo, Ida Garcia, Miguel Mendoza, Individually and in their Official Capacities, and Juan Mendoza, Jr., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on November 14, 2001, the Court considered Plaintiff's Unopposed Motion for Leave for Extension of Deadlines [Dkt. No. 37] and Plaintiff Counsel's Unopposed Motion to Withdraw [Dkt. No. 38]. After considering the filings and holding a teleconference with all the attorneys, the Court finds the motions meritorious and **GRANTS** the motions. It is therefore

**ORDERED** that Ted Rodriguez, Jr. and the Law Office of Ted Rodriguez, Jr. are withdrawn as attorney of record for Plaintiff Ricardo Perez, Jr. and that Miguel Salinas is substituted in as attorney of record for Plaintiff. Further, it is

**ORDERED** that the parties conduct discovery and depositions of matters involved in closed session concerning the disciplining and termination of the Plaintiff. Finally, it is

**ORDERED** that the deadlines be extended as follows: the discovery deadline is January 15, 2002; the qualified immunity deadline is January 31, 2002; the deadline for dispositive motions is March 1, 2002; docket call is reset to May 2, 2002 at 1:30 p.m.; the pretrial order date is April 17, 2002; and jury selection is May 6, 2002.

DONE at Brownsville, Texas, this ____ day of November 2001.

Hilda G. Tagle
United States District Judge