United States District Court
Southern District of Texas
FILED

MAR 12 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO PEREZ, JR. | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| CITY OF LOS FRESNOS, TEXAS, | § | B - 00 - 161 |
| JUAN C. SIERRA, SR., GONZALO | § | |
| ACEVEDO, IDA GARCIA, MIGUEL | § | |
| MENDOZA, Individually and in their | § | |
| Official Capacities and | § | |
| JUAN MENDOZA, JR. | § | |
| Defendants | § | JURY REQUESTED |

**DEFENDANTS' MOTION TO COMPEL ANSWERS TO DISCOVERY REQUESTS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW **CITY OF LOS FRESNOS, TEXAS, JUAN C. SIERRA, SR., GONZALO ACEVEDO, IDA GARCIA** and **MIGUEL MENDOZA**, Defendants in the above styled and numbered cause and respectfully present this their Motion to Compel Answers to Interrogatories and Requests for Production propounded to Plaintiff Ricardo Perez, Jr., pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, and as grounds therefore would respectfully show the Court the following:

I.

Defendants would show that Interrogatories and Requests for Production were served on Plaintiff Ricardo Perez, Jr. on or about January 14, 2001, through service on his attorney of record, Mr. Miguel Salinas, by via hand delivery, requesting answers within a period of thirty (30) days. *See* attached Exhibit "A."

On February 27, 2002, counsel for Defendants faxed and sent a letter to Plaintiff's counsel (Exhibit "B") asking him when we would be receiving these responses, in order to avoid filing a Motion to Compel this information. To date, Plaintiff has continued to fail to provide proper and complete responses. Plaintiff's failure to properly submit proper and complete responses to said discovery requests makes it necessary for Defendants to move the Court to compel Plaintiff to properly respond to said Interrogatories and Requests for Production, without objections, within ten (10) days of a hearing on this matter or, alternatively that Plaintiff's Complaint be stricken.

III.

Defendants are entitled to conduct discovery in this case pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure. Without such discovery, Defendants are unable to adequately prepare their defense in this case. Further, mediation is presently set for April 9, 2002, and Defendants require these responses before said mediation to properly evaluate what it is the Plaintiff is claiming.

IV.

Plaintiff's failure to submit proper and complete responses to Defendants' discovery has made it necessary for Defendants to present and prepare this motion, causing undue expense and Defendants' attorney should receive and is entitled to receive a reasonable attorney's fees in the sum of $750.00 for his services in connection with the preparation, filing and prosecution of this motion for which Defendants now pray.

WHEREFORE, PREMISES CONSIDERED, Defendants **CITY OF LOS FRESNOS, TEXAS, JUAN C. SIERRA, SR., GONZALO ACEVEDO, IDA GARCIA** and **MIGUEL MENDOZA**, pray that the Court order the Plaintiff to submit complete responses to Defendants' Interrogatories and Requests for Production, or alternatively that said Complaint be stricken, and that Defendants be granted the sum of $750.00 for the preparation and filing of this Motion to Compel Discovery and for such other and further relief, at law or in equity to which Defendants **CITY OF LOS FRESNOS, TEXAS, JUAN C. SIERRA, SR., GONZALO ACEVEDO, IDA GARCIA** and **MIGUEL MENDOZA**, may be entitled.

Signed on this the 12th day of March, 2002.

                              Respectfully submitted,

                              **LAW OFFICE**
                              **J. ARNOLD AGUILAR**
                              Artemis Square, Suite H-2
                              1200 Central Boulevard
                              Brownsville, Texas  78520
                              Telephone   : (956) 504-1100
                              Facsimile   : (956) 504-1408

By: _____
      J. Arnold Aguilar
      Federal Adm. No. 6822
      State Bar No. 00936270

Attorney for Defendants,
CITY OF LOS FRESNOS, TEXAS, JUAN C. SIERRA, SR., GONZALO ACEVEDO, IDA GARCIA and MIGUEL MENDOZA,

## CERTIFICATE OF CONSULTATION

Defendants' counsel herein has in good faith conferred with Plaintiff's counsel in this matter in an effort to secure the disclosures without Court action, but such efforts have failed. Accordingly, Plaintiff's counsel, Miguel Salinas, is presumptively opposed to the filing of this motion. Counsel for Defendant Juan Mendoza, Mr. Albert Villegas, is unopposed.

_____
J. Arnold Aguilar

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' MOTION TO COMPEL DISCOVERY REQUESTS** has on this the 12th day of March, 2002, been forwarded via certified mail, return receipt requested to:

Mr. Miguel Salinas
LAW OFFICE OF MIGUEL SALINAS
803 Old Port Isabel Road
Brownsville, TX 78521

Mr. Albert Villegas
VILLEGAS LAW FIRM
1324 E. 7th Street
Brownsville, TX 78520

_____
J. Arnold Aguilar

# EXHIBIT "A"

LAW OFFICE
# J. ARNOLD AGUILAR

J. ARNOLD AGUILAR  
Board Certified  
Personal Injury Trial Law  
Texas Board of Legal Specialization

(956) 504-1100  
Fax. (956) 504-1408  
e-mail:aguilarlaw@aol.com

Member, College of the State Bar of Texas

January 14, 2002

**VIA HAND DELIVERY**  
Mr. Miguel Salinas  
LAW OFFICE OF MIGUEL SALINAS  
803 Old Port Isabel Road  
Brownsville, TX 78521

    Re:    Cause No. B-00-161  
            Ricardo Perez Jr. vs. City of Los Fresnos, et al  
            USDC – Brownsville Division  
            Our File No. 202-00

Dear Mr. Salinas:

Enclosed herewith please find the following:

1. **Defendant City of Los Fresnos' Interrogatories and Requests for Production to Plaintiff Ricardo Perez;**
2. **Defendant Juan C. Sierra, Sr.'s Interrogatories and Requests for Production to Plaintiff Ricardo Perez;**
3. **Defendant Gonzalo Acevedo's Interrogatories and Requests for Production to Plaintiff Ricardo Perez;**
4. **Defendant Ida Garcia's Interrogatories and Requests for Production to Plaintiff Ricardo Perez;**
5. **Defendant Miguel Mendoza's Interrogatories and Requests for Production to Plaintiff Ricardo Perez.**

If you have any questions regarding this matter, please contact me at this office at your convenience.

Artemis Square, Suite H-2 / 1200 Central Blvd. / Brownsville, Texas 78520

Miguel Salinas
LAW OFFICE OF MIGUEL SALINAS
January 14, 2002
Page 2

Thank you for your attention to this matter.

        Very truly yours,

        **LAW OFFICE**
        **J. ARNOLD AGUILAR**

By: _____
    J. Arnold Aguilar

JAA.sc
Encls.

xc: Albert Villegas
   VILLEGAS LAW FIRM
   1324 E. 7th Street
   Brownsville, TX 78520

# EXHIBIT "B"

LAW OFFICE
# J. ARNOLD AGUILAR

J. ARNOLD AGUILAR
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

Board Certified - Civil Trial Law Advocate
National Board of Trial Advocacy

February 27, 2002

(956) 504-1100
Fax: (956) 504-1408
e-mail: aguilarlaw@aol.com

*via FACSIMILE (56) 550-1134*
Mr. Miguel Salinas
LAW OFFICE OF MIGUEL SALINAS
803 Old Port Isabel Road
Brownsville, TX 78521

Re:   Civil Action No. B-00-161
      Ricardo Perez, Jr. vs. City of Los Fresnos, Texas, et al.
      U.S.D.C. - Brownsville Division
      Our File No. 202-00

Dear Mr. Salinas:

On January 14, 2002, I hand delivered to your office Defendants' First Set of Interrogatories and Requests for Production to Plaintiff Ricardo Perez, Jr. in this action. Therefore, Plaintiff's responses were due on or before February 13, 2002. To date, however, I have not received Plaintiff's responses. I would ask that you submit these responses to my office by Monday, March 4, 2002, in order to avoid filing a motion to compel.

Very truly yours,

**LAW OFFICE
J. ARNOLD AGUILAR**

By: _____
         J. Arnold Aguilar

JAA.fp

Artemis Square, Suite H-2  •  1200 Central Blvd.  •  Brownsville, Texas 78520