| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

RICARDO PEREZ, JR.           §
                             §
versus                       §   CIVIL ACTION B-00-161
                             §
CITY OF LOS FRESNOS, et al   §
                             §

ENTERED
MAR 1 8 2002

## Order Re-Setting Docket Call and Jury Selection

1. The docket call and final pretrial conference has been reset for 9:00 a.m. on: __5/6/02__

2. Jury selection is reset for 9:00 a.m. on: __5/8/02__
   *The case will remain on standby until tried.*

3. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed __March 14__, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge