United States District Court
Southern District of Texas
FILED

APR 17 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO PEREZ<br>Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-161<br>(COURT UNIT OF JUDGE TAGLE) |
| CITY OF LOS FRESNOS, TEXAS<br>JUAN C. SIERRA, SR. GONZALO<br>ACEVEDO, IDA GARCIA, MIGUEL<br>MENDOZA, Individually and in their<br>Official Capacities and<br>JUAN MENDOZA, JR.<br>Defendants | § § § § § § § § | |

## AGREED MOTION TO EXTEND DEADLINE
## TO FILE JOINT PRETRIAL ORDER

**COMES NOW** Plaintiff RICARDO PEREZ, and Defendants CITY OF LOS FRESNOS, TEXAS, JUAN C. SIERRA, SR. GONZALO ACEVEDO, IDA GARCIA, MIGUEL MENDOZA, Individually and in their Official Capacities and JUAN MENDOZA, JR. and files this Agreed Motion to Extend Deadline to File Joint Pretrial Order, and in support would show the Court as follows:

1. The Joint Pretrial Order is currently due on April 17, 2002. The case is set for docket control and final pretrial conference on May 6, 2002 with jury selection on May 8, 2002.

2. The Parties request the Court to extend the deadline to file the Joint Pretrial Order until April 26, 2002. This case is currently set for mediation on April 25, 2002 and the parties do not want to incur unnecessary litigation costs.

3. Additionally, lead counsel for Plaintiff, Miguel Salinas was scheduled to start trial in Laredo on April 15, 2002 which interfered with Plaintiff's ability to timely complete his portion of the Joint Pretrial Order.

4. Counsel for the parties agree to this continuance and have signed below personally or by permission.

5. This Request is being made not to delay the trial but for the purpose that justice may be served.

DATED this 17th day of April, 2002.

> Respectfully submitted,
> LAW OFFICE OF MIGUEL SALINAS
>
> BY: _/s/ Miguel Salinas_
> MIGUEL SALINAS
> Attorney in charge
> FEDERAL I.D. NO. 15171
> STATE BAR NO. 17534750
> 803 Old Port Isabel Rd.
> Brownsville, Texas 78521
> 956/550-1115 Telephone
> 956/550-1134 Telefax
>
> Attorney for Plaintiff, Ricardo Perez, Jr.
>
> LAW OFFICE OF ARNOLD AGUILAR
>
> BY: _/s/ Arnold Aguilar (by perm)_
> ARNOLD AGUILAR
> Attorney in charge
> FEDERAL I.D. NO. 6822
> STATE BAR NO. 00936270
> Artemis Square, Suite H-2
> Brownsville, TX 78520
> 956/504-1100 Telephone
> 956/504-1408 Telefax
>
> Attorney for Defendants; City of Los Fresnos, Texas, Juan C. Sierra, Jr. Gonzalo Acevedo, Ida Garcia and Miguel Mendoza
>
> VILLEGAS LAW FIRM
>
> BY: _/s/ Albert Villegas (by perm)_
> ALBERT VILLEGAS
> Attorney in charge
> FEDERAL I.D. NO. 4914
> STATE BAR NO. 20585450
> 1324 E. 7th St.
> Brownsville, Texas 78520
> 956/544-3352 Telephone
> 956/544-7828
>
> Attorney for Defendant Juan Mendoza