IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 18 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Ricardo Perez, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-161 |
| City of Los Fresnos, et al. | § | |
| Defendant. | § | |

### Order

BE IT REMEMBERED that on April 17, 2002, the Court considered the Parties' Agreed Motion to Extend Deadline to File Joint Pretrial Order. After considering the Motion, the Court GRANTS the Motion and extends the deadline to file the Joint Pretrial Order until April 26, 2002.

DONE at Brownsville, Texas, this 17th day of April 2002.

Hilda G. Tagle
United States District Judge