IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ricardo Perez, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-161 |
| | § | |
| City of Los Fresnos, et al. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## Order

BE IT REMEMBERED that on April 29, 2002, the Court considered the Motion for Partial Summary Judgment of Defendants Juan C. Sierra, Sr., Gonzalo Acevedo, Ida Garcia, and Miguel Mendoza [Dkt. No. 41] and Defendant City of Los Fresnos' Motion for Partial Summary Judgment [Dkt. No. 43]. These Motions are ripe and Plaintiff has not responded. After consideration, Defendants' Motions for Summary Judgment are hereby **GRANTED**. A memorandum of law providing the Court's reasoning will follow.

DONE at Brownsville, Texas, this 29th day of April 2002.

Hilda G. Tagle
United States District Judge