IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Ricardo Perez, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-00-161 |
| City of Los Fresnos, et al. | § § § | |
| Defendant. | § § § | |

## Order

BE IT REMEMBERED that on April 30, 2002, the Court **ORDERED** the Parties to submit the Joint Pretrial Order no later than 2:00 p.m. on Thursday, May 2nd, 2002. The Court previously permitted the Parties to extend the deadline to file the Joint Pretrial Order to April 26, 2002 [see Dkt. No. 47], but they have not complied with this deadline. The Parties are therefore forewarned that the Court will consider imposing sanctions, including monetary sanctions, if they fail to comply with this Order.

DONE at Brownsville, Texas, this 30th day of April 2002.

Hilda G. Tagle
United States District Judge