**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
ADR MEMORANDUM TO CLERK OF COURT
(To Be Submitted in duplicate if cases settle before
ADR or within 10 days after completion of ADR)

United States District Court
Southern District of Texas
FILED

MAY 0 1 2002

Michael N. Milby
Clerk of Court

50

RICARDO PEREZ, JR.
    **Plaintiff(s)**

v.

CITY OF LOS FRESNOS, TEXAS,
ET AL.
    **Defendant(s)**

Division BROWNSVILLE
Civil Action No. B-00-161

**ADR METHOD:**    Mediation __X__    Arbitration _____
                 Mini – trail _____    Summary Jury Trial _____

**TYPE OF CASE:** _____

1. Please check one of the following:
   The case referred to ADR settled __X__ or did not settle _____.

2. My total fee and expenses were: $ 825.00 per party.
   (if you had no fee and expenses, please indicate if the case settled before ADR, OR if the ADR processing was conducted on a no-fee basis pursuant to order of the court or agreement of the parties.)

   _____
   _____

3. Please list names, address and telephone numbers of all parties and all counsel of record:

Mr. Miguel Salinas
LAW OFFICE OF MIGUEL SALINAS
803 Old Port Isabel Road
Brownsville, TX 78521
FACSIMILE: 956/550-1134
PHONE NO.: 956/550-1115

Mr. J. Arnold Aguilar
LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
FACSIMILE: 956/504-1408
PHONE NO.: 956/504-1100

Date: April 30, 2002

ADR PROVIDER
Name: Leo C. Salzman
Signature: *[signature]*

(April 9) b-00-161.doc