*51*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Ricardo Perez, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-161 |
| City of Los Fresnos, et al. | § | |
| Defendant. | § | |

### Final Order of Dismissal

BE IT REMEMBERED that on May 1, 2002, the Court considered the ADR Memorandum to Clerk of Court [Dkt. No. 50] indicating that this case settled during mediation on April 25, 2002. The Court, having now been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 1st day of May 2002.

Hilda G. Tagle
United States District Judge